■ In the Matter of MORTIMER WARFMAN, a Disbarred Attorney. [642 NYS2d 520] —Report and recommendation of the Hearing Panel is confirmed, and petititoner's application for

reinstatement is denied. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Ross and Nardelli, JJ.